FRANK F. TRIPI, Respondent, *v.* ANDREW COCCA et al., Appellants.

(Argued March 30, 1932; decided April 26, 1932.)

*Leo F. Donnelly* for appellant.

*Henry Stern* and *Michael P. Geraci* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG and CROUCH, JJ.